UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEMETRA ROYSTER,

Plaintiff, CASE NO.: 6:16-CV-448-ORL-40KRS

-vs-

NAVIENT SOLUTIONS, INC.,

Defendant.
_________________________________/

**NOTICE OF SETTLEMENT PENDING**

Plaintiff, Demetra Royster, by and through her undersigned counsel, hereby submits this Notice of Settlement Pending and states that Plaintiff and Defendant, Navient Solutions, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 20th day of December 2016.

*/s/ Octavio Gomez*

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0338620
Attorney for Plaintiff
tgomez@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

Rachel A. Morris, Esquire
Florida Bar #: 0091498
Dayle M. Van Hoose, Esquire
Florida Bar #: 0016277
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Fax: (866) 466-3140
ramorris@sessions.legal
dvanhoose@sessions.legal

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620