UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEMETRA ROYSTER,

Plaintiff,

CASE NO.: 6:16-CV-448-ORL-40KRS

-vs-

NAVIENT SOLUTIONS, INC.,

Defendant.
_______________________________/

**JOINT STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff, Demetra Royster, and the Defendant, Navient Solutions, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of February, 2017.

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
tgomez@forthepeople.com
Florida Bar #: 0338620
Attorney for Plaintiff

*/s/ Rachel Morris*
Rachel A. Morris, Esquire
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, FL 33618
Telephone: (813) 890-2469
Facsimile: (866) 466-3140
ramorris@sessions.legal
Florida Bar #: 0091498
Attorney for Defendant