**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEMETRA ROYSTER,

Plaintiff,

v. Case No: 6:16-cv-448-Orl-40KRS

NAVIENT SOLUTIONS, INC.,

Defendant.
______________________________/

**ORDER**

This cause came on for consideration following review of the Joint Stipulation of Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 24). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on February 9, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties